# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

SUFFOLK CONSTRUCTION COMPANY, INC., a Massachusetts corporation,

    Plaintiff,

v.

EDENBURG HOSPITALITY, INC., a Florida corporation and WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation,

    Defendants,

_____/

## COMPLAINT

Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC, ("Suffolk"), a Massachusetts corporation files this Complaint against EDENBURG HOSPITALITY, INC. ("Edenburg"), a Florida corporation and WESTCHESTER FIRE INSURANCE COMPANY ("Westchester"), a Pennsylvania corporation and states:

## JURISDICTION AND VENUE

1. This is an action for damages in excess of $75,000.00, exclusive of interest, attorneys' fees, and costs.

2. The Court has subject matter jurisdiction based on 28 U.S.C. §1332(a)(1), diversity of citizenship. The parties are citizens of different states and the amount in controversy exceeds the jurisdictional limits of this Court.

3. Plaintiff, Suffolk is a Massachusetts corporation with its principal place of business located in Boston, Massachusetts. Suffolk is authorized to conduct business in the State of Florida.

4. Defendant, Edenburg is a Florida corporation with its principal place of business located in Pembroke Pines, Florida.

5. Defendant, Westchester is a Pennsylvania insurance corporation with its principal place of business located in Philadelphia, Pennsylvania that is authorized to conduct business in the State of Florida.  Westchester acts as a corporate Surety that issues Payment and Performance Bonds for general contractors and subcontractors performing construction contracts for public and private owners in Florida.

6. Venue is proper pursuant to 28 U.S.C. §1391(b)(1), as the work at issue was performed or to be performed pursuant to a Subcontract Agreement in Miami, Miami-Dade County, Florida.

7. All conditions precedent to the filing of the instant action have occurred or have been performed, completed, excused or have otherwise been waived.

## **GENERAL ALLEGATIONS**

8. In December 2019, Suffolk, as the general contractor, entered into a Construction Contract with OSIB Miami World Center Properties, LLC ("Owner") for the construction of the CitizenM at Miami World Center Hotel located at 700 Northeast 2nd Avenue, Miami, Florida 33132, Project No. 219173 (hereinafter "Project").

9. Thereafter, in furtherance of its contract with the Owner, on or about December 2, 2019, Suffolk entered into a Subcontract Agreement ("Subcontract") with Edenburg to furnish and install Furniture, Fixtures and Equipment (FF&E) in the guests rooms and to perform work related thereto.  A true and correct copy of the Subcontract Agreement is attached as Exhibit "A."

2

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080    MIAMI-DADE COUNTY (305)949-8003    FAX (954)474-7343

10. Per the terms of the Subcontract, Suffolk required Edenburg to obtain a Subcontract Performance Bond ("Bond") from a Surety to ensure that Edenburg, as principal on the Performance Bond, would faithfully perform its obligations to Suffolk under the Subcontract.

11. Edenburg, as principal and Defendant, Westchester, as Surety, issued a Performance Bond to Suffolk, as obligee under the Bond, guaranteeing, *inter alia,* the faithful performance of Edenburg's Work pursuant to the terms of the Subcontract and Bond. A true and correct copy of the Performance Bond is attached hereto as Exhibit "B."

12. The Project is presently under construction and has not yet been turned over to the Owner.

13. On July 6, 2021, Suffolk declared Edenburg in default of the Subcontract for, *inter alia,* failing to:

    a. Properly and/or adequately supply sufficient labor, supervision, and materials to the Project;

    b. Correct defective and/or deficient work;

    c. Maintain its schedule and prosecute its Work in a timely manner;

    d. Provide qualified and competent supervision and management for the proper execution of its Work; and

    e. Prosecute the Work as directed by Suffolk.

A true and correct copy of the July 6, 2021 Notice of Default is attached hereto as Exhibit "C" and incorporated herein.

14. On August 27, 2021, Suffolk noticed Edenburg and Westchester of Edenburg's continuing default under the Subcontract for failing to cure the defaults outlined in the July 6, 2021

3

Notice of Default. A true and correct copy of the August 27, 2021 Continuing Notice of Default is attached hereto as Exhibit "D" and incorporated herein.

15. On September 10, 2021, Suffolk sent Edenburg and Westchester a third notice of continuing default. A true and correct copy of the September 10, 2021 Continuing Notice of Default is attached hereto as Exhibit "E" and incorporated herein.

16. On September 27, 2021, Edenburg, Westchester and Suffolk met to discuss Edenburg's continuing default.

17. On October 1, 2021, Suffolk sent a fourth notice of continuing default to Edenburg and Westchester. A true and correct copy of the October 1, 2021 Continuing Notice of Default is attached hereto as Exhibit "F" and incorporated herein.

18. On or about November 24, 2021, Edenburg abandoned its work on the Project.

19. On November 29, 2021, Suffolk sent a Notice of Material Default to Edenburg and Westchester for failing to discharge their respective duties under the Subcontract and the Bond. A true and correct copy of the November 29, 2021 Notice of Material Default is attached hereto as Exhibit "G" and incorporated herein.

20. Edenburg's failures under the Subcontract and Westchester's failure to fulfill its obligations under the Bond has required Suffolk to undertake the completion and correction of Edenburg's work at its own cost and expense. Edenburg's and Westchester's failures are a material breach of the Subcontract and Bond and a direct and proximate result of Suffolk's damages.

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA 33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343

## COUNT I
## CLAIM AGAINST PEFFORMANCE BOND
(Edenburg and Westchester)

21. Suffolk re-alleges and reincorporates the allegations contained in paragraphs 1 through 20 of this Complaint as if fully set forth herein.

22. As a condition of the Subcontract, Edenburg, as principal on the Bond, and Westchester, as Surety, executed and delivered to Suffolk, as obligee under the Bond, a Subcontract Labor and Material Payment Bond and Subcontract Performance Bond, Bond Number K15360410, conditioned upon Edenburg promptly and faithfully performing its Work under the Subcontract.

23. Edenburg's failure to comply with the terms and obligations of the Subcontract is a breach by Edenburg and a breach of the Bond issued by Westchester, as Surety on behalf of Edenburg, as principal.

24. Westchester has substantially breached its obligations by:

   a. failing to undertake the completion, timely or otherwise, of Edenburg's Work upon its default and its abandonment of the Work and Project;

   b. failing to correct work that was not performed in a proper and workman-like manner in accordance with the plans, specifications, and other quality criteria set forth in the Subcontract;

   c. failing to correct work that was not performed in accordance with the accepted standards of construction within the industry;

   d. failing to remedy allegedly deficient and/or defective work;

   e. failing to repair defects in workmanship or materials;

5

    f.    failing to remedy or otherwise repair damage to the Project which was the direct and proximate result of Edenburg's defective workmanship; and

    g.    failing or refusing to indemnify, defend and hold Suffolk harmless against loss, damage or liability resulting from Edenburg's default, including but not limited to, failing to defend and/or indemnify Suffolk from all costs and claims pertaining to its principal, Edenburg's Work.

25. Edenburg and Westchester have failed to reimburse Suffolk for the losses occasioned by the damage to the Project.

26. As a direct and proximate result of Edenburg and Westchester's material breach of their obligations under the Performance Bond, Suffolk has incurred substantial damages.

27. Suffolk has retained undersigned counsel to prosecute this action and has become obligated to pay undersigned counsel reasonable attorneys' fees. Suffolk is entitled to an award of reasonable attorneys' fees against Edenburg and Westchester, jointly and severally, pursuant to Chapters 713 and 627, Florida Statutes.

WHEREFORE, Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC., demands judgment against Defendants, EDENBURG HOSPITALITY, INC. and WESTCHESTER FIRE INSURANCE COMPANY, for damages together with interest, attorneys' fees and costs, and for such other relief as this Court deems just and proper.

## COUNT II
## BREACH OF CONTRACT
(Edenburg)

28. Suffolk re-alleges and reincorporates the allegations contained in paragraphs 1 through 20 of this Complaint as if fully set forth herein.

6

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA 33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343

29. As more fully described in paragraph 9 above, Suffolk entered into a written Subcontract Agreement with Edenburg, whereby Edenburg agreed to furnish and install FF&E on the Project and perform necessary work related thereto. A true and correct copy of the Subcontract is attached hereto as Exhibit "A."

30. Edenburg has materially breached the Subcontract with Suffolk by:

    a. Failing to provide sufficient labor, supervision, and materials to the Project;

    b. Performing defective and/or deficient work;

    c. Failing to maintain its schedule and prosecute its Work in a timely manner;

    d. Failing to provide qualified and competent supervision and/or management for the proper execution of its Work; and

    e. Failing to prosecute the Work as directed by Suffolk.

31. As a direct result of Edenburg's breaches of the Subcontract, Suffolk has suffered monetary damages.

32. Suffolk has retained undersigned counsel to prosecute this action and has become obligated to pay undersigned counsel reasonable attorneys' fees. Suffolk is entitled to an award of reasonable attorneys' fees against Edenburg pursuant to Article 8.16 of the Subcontract.

WHEREFORE, Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC., demands judgment against Defendant, EDENBURG HOSPITALITY, INC. for damages together with interest, attorneys' fees and costs, and for such other relief as this Court deems just and proper.

7

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080    MIAMI-DADE COUNTY (305)949-8003    FAX (954)474-7343

## COUNT III
## CONTRACTUAL INDEMNIFICATION
(Edenburg and Westchester)

33. Suffolk re-alleges and reincorporates the allegations contained in paragraphs 1 through 20 of this Complaint as if fully set forth herein.

34. As alleged herein, Suffolk entered into a written Subcontract with Edenburg, whereby Edenburg agreed to furnish and install FF&E on the Project and perform necessary work related thereto. See Exhibit "A."

35. Suffolk is entitled to contractual indemnity from Edenburg under Article 8.8 of the Subcontract which provides, in relevant part, as follows:

> **8.8 Indemnification**. To the fullest extent permitted by law, the Subcontractor hereby releases and shall defend, indemnify and hold harmless the Contractor, Owner, Architect and their respective agents, officers, employees and partners (hereinafter collectively "Indemnitees") from and against all claims, damages, losses, expenses (including, but not limited to reasonable attorneys' fees), liabilities, interest, judgments, whether arising before or after completion of the Work hereunder, which (i) are attributable to injury, sickness, disease, or death or to injury or to destruction or damage to property, including loss of use therefrom and (ii) arising out of, in whole or in part, any default or negligent act or omission of the Subcontractor, its sub-subcontractor(s) or anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable, and (iii) are caused, or claimed to be caused, by breach of Subcontractor of any representation, warranty, covenant, or performance obligation of this Subcontract. Such

36. The Performance Bond incorporates the Edenburg Subcontract by reference and the respective duties contained therein. As a result, Westchester is bound by the terms of the Subcontract, including but not limited to, the indemnification provision contained in Article 8.8 above.

37. Westchester's liability as a Surety insurer to Suffolk, as Obligee, is co-extensive with that of Westchester's Principal, Edenburg. Therefore, Westchester is liable to Suffolk for any and all defects and deficiencies in Edenburg's work and all losses arising therefrom, including the monies owed to Suffolk to correct damage to property caused by Edenburg's Work, in accordance

8

with the terms and conditions of the Performance Bond, which incorporates the Edenburg Subcontract by reference.

38. As indicated above, various Notices of Default were furnished to both Edenburg and Westchester in which Suffolk demanded for Edenburg and/or Westchester to remedy Edenburg's default and indemnify Suffolk for any and all loss attributed to Edenburg's Work.

39. Notwithstanding Suffolk's demand, Edenburg and Westchester have failed and/or refused to indemnify Suffolk for costs incurred by Suffolk attributable to the loss caused by Edenburg's Work.

40. Suffolk has suffered monetary damages as a result of Edenburg's and Westchester's failure to indemnify Suffolk as set forth above.

WHEREFORE, Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC., demands judgment against Defendants, EDENBURG HOSPITALITY, INC. and WESTCHESTER FIRE INSURANCE COMPANY, for damages together with interest, costs, and for such other relief as this Court deems just and proper.

Dated this 11th day of February, 2022

> FERENCIK LIBANOFF BRANDT
> BUSTAMANTE & GOLDSTEIN, P.A.
> *Co-Counsel for Suffolk Construction Company, Inc.*
> 7901 SW 6th Court, Suite 300
> Plantation, Florida 33324
> Tel (954) 474-8080
> Fax (954) 474-7343
>
> By:   */s/ Jordana L. Goldstein*
>           JORDANA L. GOLDSTEIN, ESQUIRE
>           Florida Bar No.: 21891
>           IRA LIBANOFF, ESQUIRE
>           Florida Bar No.: 378429
>           jgoldstein@flblawyers.com

9

ilibanoff@flblawyers.com
mmason@flblawyers.com
jfrometa@flblawyers.com

SUFFOLK CONSTRUCTION COMPANY, INC.
*Co-Counsel for Suffolk Construction Company, Inc.*
426 Clematis Street
West Palm Beach, Florida 33401

By: ***/s/ Juan Diaz***
JUAN DIAZ, ESQUIRE
Florida Bar No.: 75345
jdiaz@suffolk.com
eservice@suffolk.com

10